THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, #140252 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 1:08-CV-286-MHT |
| | )            [WO] |
| | ) |
| CARLA WOODALL, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on July 28, 2010 (Doc. 15). After a review of the recommendation, to which plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. No. 15) is adopted.

(2) The defendant's motion for summary judgment (Doc. No. 9) is granted;

DONE, this the 18th day of August, 2010.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE